266 So.2d 424

**UNIVERSAL C. I. T. CREDIT CORPORATION**

v.

**J. W. LOVE et al.**

**No. 52683.**

Sept. 20, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

266 So.2d 424

**Gerhart MOORE**

v.

**The PRUDENTIAL INSURANCE COMPANY OF AMERICA.**

**No. 52685.**

Sept. 20, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.